DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

RECEIVED
2008 FEB 25 P 4: 54
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

ORIGINAL FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

MOHINDER KHANNA,

   Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, McKESSON PHARMACY SYSTEMS, and DOES ONE through FIFTEEN, inclusive,

   Defendants.

Case No. CV 08 1131

**DISCLOSURE STATEMENT OF GLAXOSMITHKLINE**
[F.R.C.P. 7.1]

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, GSK.

///
///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395844\1

DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                                    CASE NO.

1  No publicly held company owns ten percent or more of the stock of
2  GlaxoSmithKline plc.

3
4  Dated: February 25, 2008                    DRINKER BIDDLE & REATH LLP

5
                                               /s/ Krista L. Cosner
6                                              KRISTA L. COSNER

7                                              Attorneys for Defendants
                                               SMITHKLINE BEECHAM
8                                              CORPORATION dba
                                               GLAXOSMITHKLINE and McKESSON
9                                              CORPORATION

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395844\1        DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                        CASE NO.