DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

RECEIVED
2008 FEB 25 P 4:54
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA.

ORIGINAL FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHINDER KHANNA,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, McKESSON PHARMACY SYSTEMS, and DOES ONE through FIFTEEN, inclusive,<br><br>Defendants. | Case No. CV 08 1131<br><br>**DISCLOSURE STATEMENT OF McKESSON CORPORATION**<br>[F.R.C.P. 7.1] |

The undersigned, counsel of record for Defendant McKESSON CORPORATION furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

McKESSON CORPORATION, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, McKESSON CORPORATION.

///
///
///
///

1  No publicly held company owns ten percent or more of the stock of McKESSON
2  CORPORATION.
3
4  Dated: February 25, 2008

DRINKER BIDDLE & REATH LLP

*/s/ Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION