1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION

RECEIVED
2008 FEB 25 P 4: 54
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

E-filing

ORIGINAL FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MOHINDER KHANNA,

    Plaintiff,

    v.

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE, McKESSON
PHARMACY SYSTEMS, and DOES ONE
through FIFTEEN, inclusive,

    Defendants.

Case No. CV-08 1131

NOTICE OF PENDENCY OF OTHER
ACTION OR PROCEEDING
[CIV. L.R. 3-13]

Pursuant to Civil L.R. 3-13, defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson") submit the following Notice of Pendency of Other Action or Proceeding:

On October 16, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, directing that then-pending Avandia®-related cases be transferred and coordinated for pretrial proceedings in the United States District Court for the Eastern District of Pennsylvania, before the Honorable Cynthia M. Rufe, pursuant to 28 U.S.C.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395877\1   NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING                    CASE NO.

§1407. To date, nearly 50 cases have been transferred to MDL 1871, and transfers of additional "tag-along" actions are pending. GSK seeks the transfer of this action to MDL 1871. Pursuant to Civil L.R. 3-13, GSK therefore respectfully requests that this Court stay this action, pending a decision on transfer by the JPML, to achieve judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve judicial resources, and promote an efficient determination of the action.

Please take note that, in addition to MDL 1871, the following state court actions also allege marketing, sales practice and/or product liability claims against Smithkline Beecham Corporation d/b/a GlaxoSmithKline, related to the use of the prescription drug Avandia:

1. *Bosak, Kenneth, Bosak, Patricia v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, No. 000521;

2. *Cearley, Travis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003877;

3. *Fabyankovic, Janet v. SmithKline Beecham Corporation, McKesson Corporation and Does 1 through 15*, Superior Court for the State of California, San Francisco County, No. 08-471571;

4. *Farris, Theresa o/b/o Ronald Farris (dec'd) and Ledbetter, Carla o/b/o Jimmie Ledbetter (dec'd) v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline and McKesson Corporation*, Superior Court for the State of California, San Francisco County, No. 08-471345;

5. *Hall, Charles, Hall Susan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002712;

6. *Hunter, Raymond v. GlaxoSmithKline, SmithKline Beecham Corporation, and GlaxoSmithKline PLC*, Court of Common Pleas, Philadelphia County, No. 000574;

7. *Kelly, Joseph v. SmithKline Beecham Corporation, GlaxoSmithKline, and*

*SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Supreme Court of the State of New York, Erie County, No. 12007-11066;

8. *Khanna, Mohinder v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, McKesson Pharmacy Systems, and Does One through Fifteen, inclusive,* Superior Court for the State of California, San Francisco County, No. 08-472290;

9. *Kozar, Agnes, Kozar, Francis A. (Estate of) v. GlaxoSmithKline, PLC,* Court of Common Pleas, Philadelphia County, No. 004897;

10. *Larson, Paul, Larson Mary (Estate of) v. GlaxoSmithKline, PLC, et al.,* Marion County Superior Court, State of Indiana, No. 49D050712 CT 054365;

11. *Lloyd, Linda, Lloyd, Michael (Estate of) v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Third Judicial Circuit, Salt Lake County, Utah, Case No. 070913924;

12. *McClure, Benjamin, McClure, Susan v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline,* Court of Common Pleas, Philadelphia County, No. 004431;

13. *Mitchell, F.C., et al. v. GlaxoSmithKline Corporation, McKesson Corporation and Does 1-50,* California Superior Court, Sacramento County, No. 34-2008-00000449-CU-PO-GDS;

14. *Odierna, Camille v. SmithKline Beecham Corporation, SmithKline Beecham Corporation d/b/a GlaxoSmithKline PLC, and GlaxoSmithKline PLC,* Supreme Court of the State of New York, Nassau County, No. 07-021754;

15. *Parks, Josephine v. SmithKline Beecham Corporation, et al.,* Court of Common Pleas, Philadelphia County, No. 001670;

16. *Perrenot, Preston v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Court of Common Pleas, Philadelphia County, No. 002454;

17. *Rader, Rickey on behalf of himself and all others similarly situated v. GlaxoSmithKline, PLC and GlaxoSmithKline USA,* Marion County Superior Court, State of Indiana, No. 49D130712 CT 053223;

18. *Self, Joe v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002457;

19. *Tartack, Nancy, Tartack, Louis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004010;

20. *Thomas, Samuel, Thomas Ruth Ann v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002483;

21. *White, Glenn v. SmithKline Beecham Corp., GlaxoSmithKline, and SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003674; and

22. *Yeager, Elizabeth, et al. v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004055.

Dated: February 25, 2008

DRINKER BIDDLE & REATH LLP

/s/ Krista L. Cosner
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION