NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
CYNTHIA BROWN, ESQ., State Bar No. 248846
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6388
Telephone: (415) 441-5544

Attorneys for Plaintiff

FILED
FEB 2 8 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHINDER KHANNA, | CASE NUMBER C 08-01131 JL |
| Plaintiff, | |
| vs. | PLAINTIFF'S DEMAND FOR JURY TRIAL |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, McKESSON PHARMACY SYSTEMS, and DOES ONE through FIFTEEN, inclusive, | |
| Defendants. | |

## DEMAND FOR JURY TRIAL

Plaintiff herewith requests a trial by jury as to all issues of material fact.

DATED: February 28, 2008.            HERSH & HERSH, A Professional Corp.

By _____
CYNTHIA BROWN
Attorneys for Plaintiff

PLAINTIFF'S DEMAND FOR JURY TRIAL

**PROOF OF SERVICE**

I, JUDY OLASOV, declare:

I am employed in the City and County of San Francisco, California.

I am over the age of 18 years and not a party to the within cause; my business address is 601 Van Ness Avenue, Suite 2080, San Francisco, California 94102-6388.

On February 28, 2008, I served the attached

*PLAINTIFF'S DEMAND FOR JURY TRIAL*

in said action by placing a true copy thereof, enclosed in a sealed envelope, each envelope addressed as follows:

Donald Zimmer, Jr., Esq.
Krista L. Cosner, Esq.
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON PHARMACY SYSTEMS

__X__   **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

__ __   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the offices of each addressee above.

__ __   **(BY FAX)** I transmitted via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

I declare under penalty of perjury that the above is true and correct.

Executed February 28, 2008, at San Francisco, California.

_____
JUDY OLASOV