UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHINDER KHANNA,

    Plaintiff(s),                                          No.C08-1131 JL

    v.                                               **NOTICE OF CONTINUANCE**

SMITHKLINE BEECHAM CORP.,

    Defendant(s).
_____/

    Plaintiff's motion to remand in the above entitled case is hereby continued (from April 16, 2008) to May 14, 2008 @ 9:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: March 11, 2008

                                                                _____
                                                                Wings Hom Courtroom Deputy to
                                                                Chief United States Magistrate Judge
                                                                James Larson