NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
CYNTHIA BROWN, ESQ., State Bar No. 248846
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6388
Telephone: (415) 441-5544

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHINDER KHANNA, | CASE NUMBER 3:08-CV-1131 JL |
| Plaintiff, | NOTICE OF MOTION, MOTION TO REMAND THIS CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, MEMORANDUM OF POINTS AND AUTHORITIES |
| vs. | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, MCKESSON PHARMACY SYSTEMS, and DOES ONE through FIFTEEN, inclusive, | Date: April 16, 2008<br>Time: 9:30 a.m.<br>Ctrm: Courtroom F, 15th Floor |
| Defendants. | Honorable James Larson, Chief Magistrate Judge |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on April 16, 2008, at the hour of 9:30 a.m., or as soon thereafter as the matter can be heard before the Honorable James Larson, Chief Magistrate Judge, United States District Court, Courtroom F, 15th Floor, San Francisco, California, Plaintiff MOHINDER KHANNA will and hereby does move the Court for an order remanding this case to the Superior Court in and for the City and County of San Francisco,

- 1 -
NOTICE OF MOTION AND MOTION TO REMAND THIS CASE TO THE SUPERIOR
COURT OF THE STATE OF CALIFORNIA

1  State of California, from which it was removed.

2  This motion is based on this Notice, the Memorandum of Points and
3  Authorities and the Declaration of AMY ESKIN, filed concurrently herewith, the complete
4  files and records of this action, matters that may be judicially noticed, and any oral or
5  documentary evidence that may be presented at the hearing on this matter.

7  DATED: March 10, 2008.

HERSH & HERSH
A Professional Corporation

By _____
AMY ESKIN
Attorneys for Plaintiff

-2-
NOTICE OF MOTION AND MOTION TO REMAND THIS CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA