**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking                                      General Court Number
Clerk                                                                   415.522.2000

**March 31, 2008**

**CASE NUMBER:** CV 08-01131 JL
**CASE TITLE:** MOHINDER KHANNA-v-SMITHKLINE BEECHAM

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H.ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/31/08

                                                    FOR THE EXECUTIVE COMMITTEE:

                                                    _____Richard W. Wieking_____
                                                                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                    Entered in Computer 3/31/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                             Transferor CSA