1  ALAN J. LAZARUS (State Bar No. 129767)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11
   MOHINDER KHANNA                    Case No. CV-08-1131-MHP
12
                 Plaintiff,           DECLARATION OF KRISTA L.
13                                    COSNER IN SUPPORT OF MOTION
          v.                          BY DEFENDANT SMITHKLINE
14                                    BEECHAM CORPORATION d/b/a
   SMITHKLINE BEECHAM                 GLAXOSMITHKLINE TO STAY ALL
15 CORPORATION d/b/a                  PROCEEDINGS PENDING TRANSFER
   GLAXOSMITHKLINE, McKESSON          BY THE JUDICIAL PANEL ON
16 PHARMACY SYSTEMS, and DOES ONE     MULTIDISTRICT LITIGATION TO
   through FIFTEEN, inclusive,        MDL 1871 (E.D. PA)
17
                 Defendants.
18                                    DATE:       June 9, 2008
                                      TIME:       2:00 p.m.
19                                    COURTROOM:  15
                                      JUDGE:      Marilyn H. Patel
20

21        I, KRISTA L. COSNER, declare:

22        1.    I am an attorney admitted to practice before all courts of the State of

23 California and am an Associate with Drinker Biddle & Reath, LLP, attorneys for

24 SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") in

25 this action. I make this Declaration based on my personal knowledge, in support of

26 Defendant GSK's Motion to Stay All Proceedings Pending Transfer by the Judicial Panel

27 on Multidistrict Litigation to MDL 1871 (E.D. PA) in the above-captioned matter. I

28 would and could competently testify to the matters stated in this Declaration if called as a

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1    witness.

2        2.    A true and accurate copy of the Judicial Panel on Multidistrict Litigation's

3    Transfer Order, *In re Avandia Marketing, Sales Practices and Products Liability*

4    *Litigation*, MDL 1871 (E.D.P.A.) is attached as **Exhibit A.**

5        3.    A true and accurate copy of Case Management Order No. 1, *In re Avandia*

6    *Products Liability Litigation*, MDL No. 1871 (E.D. Pa. Feb. 28, 2008) (Rufe, J.) is

7    attached as **Exhibit B.**

8        I declare under penalty of perjury under the laws of the United States of America that

9    the foregoing is true and correct.  Executed on this 11th day of April, 2008 in San

10    Francisco, California.

11

12                    /s/ *Krista L. Cosner*
                    KRISTA L. COSNER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

# MDL 1871

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

7:23 am, Oct 16, 2007

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Sharon Ann Dabon v. GlaxoSmithKline, Inc., E.D. Louisiana, C.A. No. 2:07-3041 | ) | |
| Celenio Cruz-Santana v. GlaxoSmithKline, PLC, et al., D. Puerto Rico, C.A. No. 3:07-1461 | ) ) ) | MDL No. 1871 |

### TRANSFER ORDER

Before the entire Panel[*]: Plaintiff in the action pending in the Eastern District of Louisiana, has moved, pursuant to 28 U.S.C. § 1407, to centralize this litigation in the District of Puerto Rico or, alternatively, in the Eastern District of Louisiana. This litigation currently consists of moving plaintiff's action and one action pending in the District of Puerto Rico.[1] Plaintiff in the latter action supports centralization in the District of Puerto Rico. Plaintiffs in potential tag-along actions pending in the Central District of California, the Southern District of Florida, the District of New Jersey, the Southern District of New York, and the District of Puerto Rico have submitted responses in support of centralization. These plaintiffs suggest a variety of fora for transferee district, including the Southern District of Florida (favored by plaintiffs in the action pending in that district), the District of New Jersey (favored by plaintiff in the action pending in that district, as well as plaintiff in the Central District of California action), the Southern District of New York (favored by plaintiffs in eight actions pending in that district), and the District of Puerto Rico (favored by plaintiffs in the action pending in that district). Responding defendant SmithKlineBeecham Corp. d/b/a GlaxoSmithKline (GSK) initially opposed the Section 1407 motion, but now supports centralization in the Eastern District of Pennsylvania.

---

[*] Judge Heyburn took no part in the disposition of this matter.

[1] The Panel has been notified of 28 additional related actions pending in the Western District of Arkansas, the Central District of California (two actions), the Southern District of Florida (two actions), the Southern District of Illinois, the Southern District of Indiana, the Eastern District of Louisiana, the District of New Jersey, the Eastern District of New York, the Southern District of New York (ten actions), the Northern District of Ohio, the Eastern District of Oklahoma, the Eastern District of Pennsylvania, the District of Puerto Rico, the Eastern District of Tennessee, the Western District of Tennessee, and the Eastern District of Texas (two actions). These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

**OFFICIAL FILE COPY**

IMAGED OCT 16 2007

PLEADING NO. 22

- 2 -

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Pennsylvania will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Both actions arise from allegations that certain diabetes drugs manufactured by GSK – Avandia and/or two sister drugs containing Avandia (Avandamet and Avandaryl) – cause an increased risk of heart attack and other physical injury, and that GSK failed to provide adequate warnings concerning that risk. Centralization under Section 1407 will eliminate duplicative discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are also persuaded that the Eastern District of Pennsylvania is an appropriate transferee district for pretrial proceedings in this litigation. GSK's principal place of business is located in that district, and thus many witnesses and documents relevant to the litigation are likely to be found there. In addition, one of the potential tag-along actions was commenced in the Eastern District of Pennsylvania.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the two actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe for coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

D. Lowell Jensen
Acting Chairman

| | |
|---|---|
| John G. Heyburn II, Chairman* | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica |

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  | : |  |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 1871 07-md-01871 |
|  | : |  |
|  | : |  |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : | |
|  | : |  |

## CASE MANAGEMENT ORDER NO. 1

AND NOW, this 28th day of February 2008, upon consideration of the Order of the

Judicial Panel on Multidistrict Litigation [Doc. No. 1], it is hereby **ORDERED** as follows:

1. **APPLICABILITY OF ORDER.** This Order shall govern the practice and procedure

in the actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to

its order of October 16, 2007, all related actions originally filed in this Court or transferred or

removed to this Court, and any "tag-along" actions transferred to this Court by the Judicial Panel on

Multidistrict Litigation pursuant to Rule 12 of the Rules of Procedure of the Panel, subsequent to the

filing of the final transfer order by the Clerk of this Court. The current list of such cases is attached

hereto as "Schedule A."

2. **CONSOLIDATION.** The actions described in Paragraph One of this Order are

**CONSOLIDATED** for pretrial purposes.

A. **FUTURE ACTIONS.** Any "tag-along" action later filed in, removed to or

transferred to this Court, or related cases directly filed in the Eastern District of Pennsylvania, shall

automatically be assigned to the undersigned and be consolidated with this action.

-1-

B.  **LIMITATIONS.**  This consolidation does not constitute a determination that the actions described in Paragraph One of this Order should be consolidated for trial, nor does it have the effect of making any entity a party to any action in which he, she or it has not been named, served or added in accordance with the Federal Rules of Civil Procedure.

3.  **INITIAL CONFERENCE.**  An initial pretrial conference will be held for the purpose of addressing matters relating to pretrial and discovery proceedings in these cases.  The conference shall be held on **Tuesday, April 8, 2008, at 10:00 a.m.**, in Courtroom 12A of the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

A.  **GENERAL RESPONSIBILITIES OF COUNSEL.**  Counsel are expected to familiarize themselves with the Manual for Complex Litigation, Fourth ("MCL 4th"), and be prepared at the conference to suggest procedures that will facilitate the expeditious, economical, and just resolution of this litigation.

B.  **APPEARANCE AT CONFERENCE.**  One attorney representing each party shall appear at the pretrial conference.  To minimize costs and facilitate a manageable conference, parties with similar interests may agree to have an attending attorney represent their interest at the conference.  Any party appearing through a designated attorney instead of its attorney of record shall serve written notice of such arrangement on the Court at Chambers (Room 12614) **on or before Tuesday, April 1, 2008.**  By designating an attorney to represent its interest at the conference, a party will not be precluded from other representation during the litigation, nor will attendance at the conference constitute waiver of any objections to jurisdiction, venue or service.

C.  **AGENDA.**  The parties shall confer and submit a joint proposed agenda for the conference **on or before Tuesday, April 1, 2008.**  In the event the parties cannot agree on particular

items, they shall include in the proposed agenda brief statements of their respective positions. The parties should be guided generally by reference to the items listed in MCL 4th Sections 22.6, 22.61, 22.62, and 22.63, insofar as they are applicable. However, the proposed agenda must include these items: discovery plan, amendment of pleadings, and consideration of class action allegations and motions. The proposed agenda shall be submitted to the Court by filing the original and serving two copies on the Court at Chambers.

    D.    **PRE-CONFERENCE SUBMISSIONS.** In addition to any notices of designated counsel as described in Paragraph 3.B and the joint proposed agenda described in Paragraph 3.C, the parties shall submit the following items to the Court as specified below.

    1.  **POSITION STATEMENT.** Plaintiffs and defendant shall submit to the Court at Chambers, **on or before Tuesday, March 25, 2008,** a brief written statement of their preliminary understanding of the facts involved in this litigation and the critical legal and factual issues. These statements will not be filed with the Clerk, will not be binding, will not waive claims or defenses, and may not be offered in evidence for any purpose in later proceedings. The parties' statements shall list all pending motions, as well as all related cases pending in state or federal court, along with their current status, including any discovery taken to date, to the extent known. The parties shall be limited to one such submission for all plaintiffs, and one such submission for defendant.

    2.  **PROPOSED CASE MANAGEMENT ORDER(S).** The parties shall confer and submit one or more joint proposed case management order(s), as appropriate, **on or before Tuesday, April 1, 2008.** In the event the parties cannot agree on particular items, they shall include in the proposed order(s) brief statements of their respective positions. The proposed order(s)

must include detailed provisions regarding discovery, including e-discovery, insofar as is practicable at this time.

       3. **APPLICATIONS / NOMINATIONS.** It is the Court's intent to select liaison counsel for the plaintiffs and liaison counsel for the defendant to perform largely administrative functions, and to appoint a Plaintiffs' Steering Committee to conduct and coordinate the discovery stage of this litigation with the defendant's representatives. Following is a nonexclusive description of the basic responsibilities of liaison counsel and the Plaintiffs' Steering Committee, and of the selection process the Court will use to fill these positions.

       a. **LIAISON COUNSEL.** Prior to the initial pretrial conference, counsel for each group of parties whose interests are similarly aligned shall confer and seek consensus on candidates for the position of liaison counsel. Appointment of liaison counsel shall be subject to the approval of the Court. Liaison counsel will be charged with essentially administrative functions. For example, liaison counsel shall be authorized to receive orders and notices from the Court on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group and the performance of other tasks determined by the Court. Liaison counsel shall be required to maintain complete files with copies of all documents served upon them in hard copy or electronic form. Liaison counsel shall make such files available to parties within their liaison group upon request. Liaison counsel are also authorized to receive orders and notices from the Judicial Panel on Multidistrict Litigation pursuant to Rule 5.2(e) of the Panel's Rules of Procedure or from the Court on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group. The

expenses incurred in performing the services of liaison counsel shall be shared equally by all members of the liaison group in a manner agreeable to the parties or established by the Court failing such agreement. At the first conference, liaison counsel and the parties should be prepared to discuss any additional matters consistent with the efficient operation of this function.

**On or before Tuesday, March 25, 2008, at 1:00 P.M.,** plaintiffs shall confer and submit three (3) candidates, if possible, for the position of liaison counsel. Each candidate's name shall be submitted to the Court with a current *curriculum vitae* and any other pertinent information for the Court to consider. Applications for the position of liaison counsel which were submitted prior to the entry of this Order must be resubmitted by plaintiffs counsel in order to be considered by the Court.

In accordance with the designation of the defendant, the Court hereby **APPOINTS** Pepper Hamilton LLP as liaison counsel for the defendant. Copies of all correspondence, submissions or filings directed to this Court and related to this Multidistrict Litigation shall be served on the following:

> Nina M. Gussack, Esquire
> Pepper Hamilton LLP
> 3000 Two Logan Square
> 18[th] & Arch Streets
> Philadelphia, PA 19103
> (215) 981-4000 (telephone)
> (215) 981-4750 (fax)
> gussackn@pepperlaw.com___

b.  **PLAINTIFFS STEERING COMMITTEE.**  The Plaintiffs' Steering Committee ("PSC") shall, at a minimum, have the following responsibilities:

b.1.  **DISCOVERY.**  The PSC shall:

: Initiate, coordinate, and conduct all pretrial discovery on behalf of plaintiffs in all actions which are consolidated with the instant Multidistrict Litigation;

: Develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all plaintiffs;

: Cause to be issued in the name of all plaintiffs the necessary discovery requests, motions, and subpoenas pertaining to any witnesses and documents needed to properly prepare for the trial of relevant issues;

: Conduct all discovery in a coordinated and consolidated manner on behalf of and for the benefit of all plaintiffs, in a fashion in keeping with practice guidelines to be established in subsequent discovery plans or orders of this Court.

b.2.  **HEARINGS AND MEETINGS.**  The PSC shall:

: Call meetings of plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court;

: Initiate proposals, suggestions, schedules, or joint briefs, and any other appropriate matter(s) pertaining to pretrial proceedings;

: Examine witnesses and introduce evidence at hearings on behalf of plaintiffs;

: Communicate on behalf of all plaintiffs at pretrial proceedings and in response to any inquiries by the Court, subject to the right of any plaintiff's counsel to present non-repetitive individual or different positions.

b.3. **MISCELLANEOUS.** In addition, the PSC shall:

: Submit and argue any verbal or written motions presented to the Court on behalf of the PSC and oppose when necessary any motions submitted by the defendant or other parties which involve matters within the sphere of the PSC;

: Negotiate and enter into stipulations with defendant regarding this litigation. All such stipulations must be submitted to the Court for approval, except for purely administrative details. Any attorney not in agreement with a non-administrative stipulation may file with the Court a written objection thereto within ten (10) days after he or she knows or reasonably should have become aware of the stipulation. Failure to timely object shall be deemed a waiver, and the stipulation shall be binding on that party;

: Explore, develop and pursue all settlement options pertaining to any claim or portion thereof of any case filed in this litigation;

: Maintain adequate files of all pretrial matters and have them available, under reasonable terms and conditions, for examination by plaintiffs or their attorneys;

: Prepare periodic status reports summarizing the PSC's work and progress. These reports shall be submitted to the plaintiffs' liaison counsel, who will promptly distribute copies to the other plaintiffs' attorneys;

: Perform any task necessary and proper for the PSC to accomplish its responsibilities as defined or authorized by the Court's orders;

: Reimbursement for costs and/or fees for services will be set at a time and in a manner established by the Court after due notice to all counsel and after a hearing.

Furthermore, **on or before Tuesday, March 25, 2008, at 1:00 P.M.,** applications for PSC positions must be filed as an original with the Clerk's Office of the Eastern District of Pennsylvania.  A copy must also be served on the Court and upon counsel named in the Panel Attorney Service List for MDL 1871, attached hereto as "Schedule B," on the day of filing.  The main criteria for membership will be willingness and availability to commit to a time-consuming project, ability to work cooperatively with others, and professional experience in this type of litigation.  Applications should succinctly address each of the above criteria and any other relevant matters.  No submissions longer than three (3) pages will be considered.  Only attorneys of record in this litigation may apply.

Objections may be made to the appointment of any applicant.  Objections must be in writing, and must be filed with the Clerk in the original **on or before Friday, March 28, 2008.** Objections must be succinct, and must be supported by necessary documentation.  Any objection also must be served on the Court and all counsel appearing on Schedule B on the day of filing. Finally, **on or before Tuesday, April 1, 2008,** applicants may reply to any such objection lodged against them.  The filing and format requirements for objections apply in full to replies.

4.  **PROCEDURAL MATTERS.**  Until abrogated or amended by subsequent order of this Court, the following procedures shall govern in this matter.

A.  **SERVICE.**  Prior to the initial conference, service of all papers shall be made on each of the attorneys on the Panel Attorney Service List for MDL 1871, attached hereto as Schedule B.  Any attorney who wishes to have his or her name added to or deleted from the Panel Attorney Service List may do so upon request to the Clerk and notice to all other persons on the service list.  Service shall be deemed sufficient if made upon all attorneys on the Panel Attorney

-8-

Service List. The parties shall present to the Court at the initial conference a list of attorneys for purposes of service. The list shall include only one attorney for each party separately represented. An office address, email address, fax number and telephone number should be included for each attorney on the list.

      B. **EXTENSION AND STAY.** The defendant is granted an extension of time for responding by motion or answer to the complaints until a date to be set by this Court. Pending the initial conference and further orders of this Court, all outstanding discovery proceedings are stayed, and no further discovery shall be initiated. Moreover, all pending motions must be refiled in the master docket case file and re-noticed for resolution on a motion day after the initial conference.

      C. **MASTER DOCKET FILE.** The Clerk of Court will maintain a master docket case file styled "In re Avandia Marketing, Sales Practices and Products Liability Litigation" and the identification "MDL No. 1871." When a pleading is intended to be applicable to all actions, this shall be indicated by the words: "This Document Relates to All Cases." When a pleading is intended to apply to less than all cases, this Court's docket number for each individual case to which the document relates shall appear immediately after the words "This Document Relates To."

      D. **FILING.** Documents subsequent to the initial complaint shall be filed with the Clerk of this Court and not with the transferor court. **All such pleadings shall be filed electronically through ECF.** Counsel shall take steps to be registered as electronic filers in the Eastern District of Pennsylvania and to familiarize themselves with the Court's administrative procedures for filing as soon as practicable. All entries are to be made on the master docket sheet (2:07-md-01871-CMR) with a notation listing the cases to which the document applies.

E.  **DOCKETING.**  When an action that properly belongs as a part of this MDL is hereinafter filed in the Eastern District of Pennsylvania or transferred here from another court, the Clerk of this Court shall:

1.  File a copy of this Order in the separate file for such action;

2.  Make an appropriate entry on the master docket sheet;

3.  Mail the attorneys for the plaintiff in the newly filed or transferred case a copy of this Order;

4.  Upon the first appearance of any new defendant, mail to the attorneys for such defendant a copy of this Order.

F.  **APPEARANCES.**  Counsel who appeared in a transferor court prior to transfer need not enter an additional appearance before this Court.  Moreover, attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation, and the requirements of Local Rules 83.2.6 and 83.2.7 are waived.  Association of local counsel is not required.

G.  **REMAND STIPULATIONS.**  In the event a case is remanded, the parties shall furnish to the Clerk of Court a stipulation or designation of the contents of the record and furnish all necessary copies of any pleadings filed, so as to enable the transferee clerk to comply with the order of remand.

H.  **PRESERVATION.**  All parties and their counsel are reminded of their duty, consistent with the Federal Rules of Civil Procedure, to take reasonable measures to preserve documents, electronically stored information and things (i.e., in cases brought on behalf of decedents, tissue sample or other biological evidence) that are potentially relevant.  Upon

appointment of Plaintiffs' Steering Committee, counsel shall meet and confer as to the appropriate

scope of preservation and, if unable to reach agreement, shall present their positions to the Court for

resolution.

I. **PROTECTIVE ORDER.** Upon appointment of Plaintiffs' Steering Committee,

counsel shall meet and confer as to the appropriate terms and conditions of a protective order

governing the production of confidential information and documents. If unable to reach agreement,

the parties shall present their positions to the Court for resolution.

5. **DISCOVERY.**

A. **FILING OF DISCOVERY REQUESTS.** In accordance with Federal Rule of

Civil Procedure 5(d), discovery requests and responses are not filed with the Clerk nor sent to the

Judge's Chambers, except when specifically ordered by the Court to the extent needed in connection

with a motion.

B. **DISCOVERY PLAN.** A discovery schedule will be established at the initial

pretrial conference. A substantive discovery plan will be established shortly thereafter, upon due

consideration of the proposed case management order(s) to be submitted by counsel.

6. **COMMUNICATION WITH THE COURT.** Unless otherwise ordered by this Court,

all substantive communications with the Court shall be in writing, with copies to opposing counsel.

7. **COMMUNICATION BETWEEN COUNSEL.** The Court recognizes that cooperation

by and among plaintiffs' counsel and by and among defendant's counsel is essential for the orderly

and expeditious resolution of this litigation. The communication of information among and between

plaintiffs' counsel and among and between defendant's counsel shall not be deemed a waiver of the

attorney-client privilege or the protection afforded attorney work product, and cooperative efforts

contemplated above shall in no way be used against any plaintiff by defendant or against defendant

by any plaintiff.  Nothing contained in this provision shall be construed to limit the rights of any

party or counsel to assert the attorney-client privilege or the attorney work product doctrine.

It is so **ORDERED**.

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

-12-

**SCHEDULE A**

Case 3:08-cv-01131-MHP   Document 25-3   Filed 04/11/2008   Page 15 of 29
United States District Court Eastern District of Pennsylvania - Civil Cases Report
Case 2:07-md-01871-CMR   Document 45-2   Filed 02/28/2008   Page 2 of 35

# Civil Cases Report

### United States District Court -- Eastern District of Pennsylvania
### Filed Report Period: 1/20/2007 - 2/28/2008
### Entered Report Period: 1/20/2007 - 2/28/2008

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 2:07-cv-04550-CMR DABON v. GLAXOSMITHKLINE INC | *Case filed:* 10/30/2007 | 121 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871 |
| 2:07-cv-04551-CMR CRUZ-SANTANA v. GLAXO SMITH KLINE, PLC et al | *Case filed:* 10/30/2007 | 121 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04572-CMR FARMER et al v. SMITHKLINE BEECHAM CORPORATION | *Case filed:* 10/31/2007 | 120 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04860-CMR BENNETT et al v. SMITHKLINE BEECHAM CORPORATION | *Case filed:* 11/19/2007 | 101 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Federal Question<br>*Presider:* CYNTHIA M. RUFE |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 16 of 29
United States District Court Eastern District of Pennsylvania - Civil Cases Report
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 3 of 35

| | | | |
|---|---|---|---|
| | | | *Jury demand:* None<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:07-cv-04957-CMR<br>**MASON v. SMITHKLINE<br>BEECHAM<br>CORPORATION et al** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:07-cv-04958-CMR<br>**IZQUIERDO v.<br>SMITHKLINE<br>BEECHAM<br>CORPORATION et al** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-<br>Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:07-cv-04959-CMR<br>**CARTWRIGHT et al v.<br>GLAXOSMITHKLINE** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-<br>Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871,<br>STANDARD |
| 2:07-cv-04960-CMR<br>**KNIGHT v.<br>SMITHKLINE<br>BEECHAM<br>CORPORATION** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-<br>Fraud<br>*NOS:* 370<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871,<br>STANDARD |
| 2:07-cv-04961-CMR<br>**BASS v.<br>GLAXOSMITHKLINE<br>PLC et al** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-<br>Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 17 of 455
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 3 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 4 of 35

| | | | |
|---|---|---|---|
| | | | *Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04962-CMR<br>**CUCCIA v. GLAXOSMITHKLINE PLC et al** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04963-CMR<br>**D'APUZZO v. JOHN DOE NOS. 1 THROUGH 20 et al** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04964-CMR<br>**MIRACOLO v. GLAXOSMITHKLINE, PLC et al** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04965-CMR<br>**SCHRANK v. SMITHKLINE BEECHAM CORPORATION** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04966-CMR | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity- |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 18 of 40
United States District Court Eastern District of Pennsylvania - Civil Cases Report
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 5 of 35

| | | | |
|---|---|---|---|
| GRIFFIN v. SMITHKLINE BEECHAM CORPORATION GLAXOSMITHKLINE et al | | | Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04968-CMR<br>SPALLONE v. SMITHKLINE BEECHAM CORPORATION, GLAXOSMITHKLINE et al | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04970-CMR<br>MADISON v. SMITHKLINE BEECHAM CORPORATION, INCORPORATED et al | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, STANDARD |
| 2:07-cv-04972-CMR<br>PITT v. SMITHKLINE BEECHAM CORPORATION et al | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04976-CMR<br>ESTEVEZ v. SMITHKLINE BEECHAM CORPORATION et al | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 9 of 29
United States District Court Eastern District of Pennsylvania - Civil Cases Report
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 6 of 35

| | | | SPECIAL |
|---|---|---|---|
| 2:07-cv-04979-CMR<br>**ROJAS v. SMITHKLINE BEECHAM CORPORATION** et al | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, STANDARD |
| 2:07-cv-04981-CMR<br>**SARCONI v. SMITHKLINE BEECHAM CORPORATION** et al | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04982-CMR<br>**PHILLIPS** et al v. **GLAXOSMITHKLINE PLC** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04983-CMR<br>**DONAHOO** et al v. **GLAXOSMITHKLINE, PLC** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04984-CMR<br>**DEL-ROSARIO-PAGAN** et al v. **GLAXO SMITH KLINE, PLC** et al | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. |

| | | | RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
|---|---|---|---|
| 2:07-cv-04985-CMR<br>**TRASS v. SMITHKLINE BEECHAM CORPORATION** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04986-CMR<br>**NICHOLAS v. SMITHKLINE BEECHAM CORPORATION** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-04987-CMR<br>**STANFORD et al v. SMITHKLINE BEECHAM CORPORATION** | *Case filed:* 11/27/2007 | 93 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05026-CMR<br>**DINATALE et al v. GLAXO SMITH KLINE, PLC et al** | *Case filed:* 11/29/2007 | 91 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, STANDARD |
| 2:07-cv-05041-CMR<br>**HOWARD v. SMITHKLINE** | *Case filed:* 11/30/2007 | 90 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365 |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 21 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 7 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 8 of 35

| | | | |
|---|---|---|---|
| BEECHAM CORPORATION, GLAXOSMITHKLINE et al | | | *Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05107-CMR<br>ROSS et al v. SMITHKLINE BEECHAM CORPORATION et al | *Case filed:* 12/04/2007 | 86 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871 |
| 2:07-cv-05203-CMR<br>ROLAND v. GLAXOSMITHKLINE | *Case filed:* 12/10/2007 | 80 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05331-CMR<br>RODRIGUEZ et al v. SMITHKLINE BEECHAM CORPORATION et al | *Case filed:* 12/19/2007 | 71 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871 |
| 2:07-cv-05360-CMR<br>BURFORD v. SMITHKLINE BEECHAM CORP. | *Case filed:* 12/20/2007 | 70 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Defendant<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05443-CMR<br>LAYTON v. | *Case filed:* 12/27/2007 | 63 | *Cause:* 28:1332 Diversity-Product Liability |

Case 3:08-cv-01131-MHP    Document 35-3    Filed 04/11/2008    Page 23 of 29
United States District Court Eastern District of Pennsylvania - Civil Cases Report
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 9 of 35

| | | | |
|---|---|---|---|
| **SMITHKLINE BEECHAM CORPORATION** | | | *NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05444-CMR<br>**STEPNER v. SMITHKLINE BEECHAM CORPORATION** | *Case filed:* 12/27/2007 | 63 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05445-CMR<br>**THOMAS v. SMITHKLINE BEECHAM CORPORATION, GLAXOSMITH** | *Case filed:* 12/27/2007 | 63 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05446-CMR<br>**AMOROSO v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 12/27/2007 | 63 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05447-CMR<br>**PAPARELLA v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 12/27/2007 | 63 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 23 of 480
United States District Court Eastern District of Pennsylvania - Civil Cases Report
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 10 of 35

| | | | |
|---|---|---|---|
| 2:07-cv-05448-CMR<br>**PUTILLION v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 12/27/2007 | 63 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05449-CMR<br>**McDOUGLE v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 12/27/2007 | 63 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05450-CMR<br>**BROWN v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 12/27/2007 | 63 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05451-CMR<br>**SHELTON et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 12/27/2007 | 63 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:07-cv-05452-CMR<br>**SHIFFLETT et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 12/27/2007 | 63 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 24 of 48
Page 10 of 29
United States District Court Eastern District of Pennsylvania - Civil Cases Report
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 11 of 35

| | | | |
|---|---|---|---|
| | | | Case flags: MDL-1871, SPECIAL |
| 2:07-cv-05453-CMR **RUMPLE v. SMITHKLINE BEECHAM CORPORATION et al** | Case filed: 12/27/2007 | 63 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: None Case flags: MDL-1871, SPECIAL |
| 2:07-cv-05454-CMR **MILLER v. GLAXOSMITHKLINE PLC et al** | Case filed: 12/27/2007 | 63 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: None Case flags: MDL-1871, SPECIAL |
| 2:07-cv-05455-CMR **HARWELL et al v. SMITHKLINE BEECHAM CORP et al** | Case filed: 12/27/2007 | 63 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: Plaintiff Case flags: MDL-1871, SPECIAL |
| 2:07-md-01871-CMR **IN RE: AVANDIA MARKETINGING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case filed: 10/18/2007 | 133 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: Plaintiff Case flags: MDL-1871 |
| 2:08-cv-00208-CMR **HIBBARD v. SMITHKLINE BEECHAM CORPORATION et al** | Case filed: 01/11/2008 | 48 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 25 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 11 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 12 of 35

| | | | RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871,<br>SPECIAL |
|---|---|---|---|
| 2:08-cv-00209-CMR<br>**JOHNSON et al v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION et al** | *Case filed:* 01/11/2008 | 48 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00289-CMR<br>**BERRY v. SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION** | *Case filed:* 01/17/2008 | 42 | *Cause:* 28:1332 Diversity-<br>Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Federal<br>Question<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00398-CMR<br>**BATES et al v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION** | *Case filed:* 01/25/2008 | 34 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00411-CMR<br>**NAYLOR v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION et al** | *Case filed:* 01/25/2008 | 34 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00484-CMR<br>**LAROSA et al v.** | *Case filed:* 01/31/2008 | 28 | *Cause:* 28:1332 Diversity-<br>Product Liability |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 26 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 12 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 13 of 35

| | | | |
|---|---|---|---|
| SMITHKLINE BEECHAM CORPORATION et al | | | *NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00485-CMR<br>**BAKER et al v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION et al** | *Case filed:* 01/31/2008 | 28 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00486-CMR<br>**SCARBRO v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION et al** | *Case filed:* 01/31/2008 | 28 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00488-CMR<br>**ALLEN et al v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION et al** | *Case filed:* 01/31/2008 | 28 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00489-CMR<br>**JOHNSON v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION et al** | *Case filed:* 01/31/2008 | 28 | *Cause:* 28:1441 Petition for Removal- Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |

| 2:08-cv-00490-CMR EUSANIO v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 01/31/2008 | 28 | Cause: 28:1441 Petition for Removal- Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: None Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00491-CMR WRIGHT v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 01/31/2008 | 28 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: None Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00492-CMR DORMAN v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 01/31/2008 | 28 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: None Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00493-CMR MIMANDE v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 01/31/2008 | 28 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: None Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00494-CMR NOE v. SMITHKLINE BEECHAM CORPORATION | Case filed: 01/31/2008 | 28 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: None |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 28 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 14 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 15 of 35

| | | | |
|---|---|---|---|
| | | | *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00543-CMR **MCDANIEL et al v. GLAXOSMITHKLINE INC et al** | *Case filed:* 02/04/2008 | 24 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* None *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00544-CMR **RACHAL v. SMITHKLINE BEECHAM CORPORATION** | *Case filed:* 02/04/2008 | 24 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* None *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00601-CMR **BALDWIN v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/07/2008 | 21 | *Cause:* 28:1332 Diversity-Personal Injury *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* None *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00649-CMR **WEINERMAN v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/11/2008 | 17 | *Cause:* 28:1332 Diversity-Personal Injury *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* None *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00651-CMR **DAWSON v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/11/2008 | 17 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 29 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 15 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 16 of 35

| | | | |
|---|---|---|---|
| | | | *Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00708-CMR<br>**HOLLAND et al v. GLAXOSMITHKLINE, PLC** | *Case filed:* 02/14/2008 | 14 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871 |
| 2:08-cv-00779-CMR<br>**GIPSON et al v. SMITHKLINE BEECHAM CORP, et al** | *Case filed:* 02/19/2008 | 9 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Federal Question<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00781-CMR<br>**PARKER v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/19/2008 | 9 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00835-CMR<br>**JOHNSON et al v. GLAXOSMITHKLINE et al** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00836-CMR<br>**DOUCET v.** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-Product Liability |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 30 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 16 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 17 of 35

| GLAXOSMITHKLINE INC et al | | | *NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
|---|---|---|---|
| 2:08-cv-00837-CMR<br>**VASAPOLLO v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00838-CMR<br>**LOPEZ et al v. SMITHKLEIN BEECHAM CORPORATION** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00840-CMR<br>**ODIERNA v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00841-CMR<br>**REESE v. SMITHKLINE BEECHAM CORPORATION** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871, SPECIAL |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 31 of 49
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 1 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 18 of 35

| | | | |
|---|---|---|---|
| 2:08-cv-00843-CMR<br>**BUSBY-SMITH et al v.**<br>**GLAXOSMITHKLINE**<br>**PLC et al** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00844-CMR<br>**DENNIS et al v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00845-CMR<br>**WILLIS et al v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00846-CMR<br>**SEPULVEDA et al v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* None<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00847-CMR<br>**MARLER et al v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* None |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 32 of 49
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 19 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 19 of 35

| | | | |
|---|---|---|---|
| | | | *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00848-CMR **JACKSON et al v. GLAXO SMITHKLINE et al** | *Case filed:* 02/21/2008 | 7 | *Cause:* 28:1332 Diversity-Personal Injury *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* None *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00884-CMR **SANDOVAL et al v. SMITHKLINE BEECHAM CORPORATION** | *Case filed:* 02/20/2008 | 8 | *Cause:* 28:1332 Diversity-Personal Injury *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* None *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00888-CMR **BONAVITA et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* Plaintiff *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00889-CMR **WILLIAMS v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Personal Injury *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* Plaintiff *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00890-CMR **SLAUGHTER v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 33 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 19 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 20 of 35

| | | | |
|---|---|---|---|
| | | | *Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00891-CMR<br>**GILLESPIE et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00892-CMR<br>**MOLLOY et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00893-CMR<br>**AREZZI et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00894-CMR<br>**TERMINI et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00895-CMR<br>**ELZWAHRY et al v.** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 34 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 21 of 35

| | | | |
|---|---|---|---|
| SMITHKLINE BEECHAM CORPORATION et al | | | NOS: 365<br>Office: Philadelphia<br>Jurisdiction: Diversity<br>Presider: CYNTHIA M. RUFE<br>Jury demand: Plaintiff<br>Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00896-CMR WASHINGTON v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability<br>NOS: 365<br>Office: Philadelphia<br>Jurisdiction: Diversity<br>Presider: CYNTHIA M. RUFE<br>Jury demand: Plaintiff<br>Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00897-CMR JOHNSON et al v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability<br>NOS: 365<br>Office: Philadelphia<br>Jurisdiction: Diversity<br>Presider: CYNTHIA M. RUFE<br>Jury demand: Plaintiff<br>Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00898-CMR DENNARD et al v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability<br>NOS: 365<br>Office: Philadelphia<br>Jurisdiction: Diversity<br>Presider: CYNTHIA M. RUFE<br>Jury demand: Plaintiff<br>Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00899-CMR CARDINALE et al v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability<br>NOS: 365<br>Office: Philadelphia<br>Jurisdiction: Diversity<br>Presider: CYNTHIA M. RUFE<br>Jury demand: Plaintiff<br>Case flags: MDL-1871, SPECIAL |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 35 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 21 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 22 of 35

| 2:08-cv-00900-CMR<br>KILGORE et al v.<br>SMITHKLINE<br>BEECHAM<br>CORPORATION et al | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00901-CMR<br>ROHENA v.<br>SMITHKLINE<br>BEECHAM<br>CORPORATION et al | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00902-CMR<br>MORHART et al v.<br>SMITHKLINE<br>BEECHAM<br>CORPORATION et al | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00903-CMR<br>FOSTER et al v.<br>SMITHKLINE<br>BEECHAM<br>CORPORATION et al | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00904-CMR<br>PECK et al v.<br>SMITHKLINE<br>BEECHAM<br>CORPORATION et al | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff |

Case 3:08-cv-01131-MHP   Document 25-3   Filed 04/11/2008   Page 36 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report   Page 22 of 29
Case 2:07-md-01871-CMR   Document 45-2   Filed 02/28/2008   Page 23 of 35

| | | | |
|---|---|---|---|
| | | | Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00905-CMR **ARROYO et al v. SMITHKLINE BEECHAM CORPORATION et al** | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: Plaintiff Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00906-CMR **NANTISTA et al v. SMITHKLINE BEECHAM CORPORATION et al** | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: Plaintiff Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00907-CMR **MANGUAL et al v. SMITHKLINE BEECHAM CORPORATION et al** | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: Plaintiff Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00908-CMR **BROWN v. SMITHKLINE BEECHAM CORPORATION et al** | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity Presider: CYNTHIA M. RUFE Jury demand: Plaintiff Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00909-CMR **POTTER et al v. SMITHKLINE BEECHAM CORPORATION et al** | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability NOS: 365 Office: Philadelphia Jurisdiction: Diversity |

Case 3:08-cv-01131-MHP   Document 25-3   Filed 04/11/2008   Page 37 of 48

United States District Court Eastern District of Pennsylvania - Civil Cases Report   Page 23 of 29
Case 2:07-md-01871-CMR   Document 45-2   Filed 02/28/2008   Page 24 of 35

| | | | |
|---|---|---|---|
| | | | *Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00910-CMR<br>**HERSHKOWITZ et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00911-CMR<br>**CRAIG v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00912-CMR<br>**MILLER et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00913-CMR<br>**FRANCIS v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00914-CMR<br>**FELICIA et al v.** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability |

Case 3:08-cv-01131-MHP   Document 25-3   Filed 04/11/2008   Page 38 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report   Page 24 of 29
Case 2:07-md-01871-CMR   Document 45-2   Filed 02/28/2008   Page 25 of 35

| | | | |
|---|---|---|---|
| SMITHKLINE BEECHAM CORPORATION et al | | | NOS: 365<br>Office: Philadelphia<br>Jurisdiction: Diversity<br>Presider: CYNTHIA M. RUFE<br>Jury demand: Plaintiff<br>Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00915-CMR<br>REBO v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability<br>NOS: 365<br>Office: Philadelphia<br>Jurisdiction: Diversity<br>Presider: CYNTHIA M. RUFE<br>Jury demand: Plaintiff<br>Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00916-CMR<br>SHEIK et al v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability<br>NOS: 365<br>Office: Philadelphia<br>Jurisdiction: Federal Question<br>Presider: CYNTHIA M. RUFE<br>Jury demand: Plaintiff<br>Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00917-CMR<br>SANTOS v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability<br>NOS: 365<br>Office: Philadelphia<br>Jurisdiction: Diversity<br>Presider: CYNTHIA M. RUFE<br>Jury demand: Plaintiff<br>Case flags: MDL-1871, SPECIAL |
| 2:08-cv-00918-CMR<br>MANERI et al v. SMITHKLINE BEECHAM CORPORATION et al | Case filed: 02/22/2008 | 6 | Cause: 28:1332 Diversity-Product Liability<br>NOS: 365<br>Office: Philadelphia<br>Jurisdiction: Diversity<br>Presider: CYNTHIA M. RUFE<br>Jury demand: Plaintiff<br>Case flags: MDL-1871, |

Case 3:08-cv-01131-MHP     Document 25-3     Filed 04/11/2008     Page 39 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report          Page 25 of 29
Case 2:07-md-01871-CMR      Document 45-2      Filed 02/28/2008      Page 26 of 35

| | | | SPECIAL |
|---|---|---|---|
| 2:08-cv-00919-CMR **RAMIREZ et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* Plaintiff *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00920-CMR **LEBRON et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* Plaintiff *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00921-CMR **LIGHT et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* Plaintiff *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00922-CMR **COOK v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* Plaintiff *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00923-CMR **LEPPER v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 40 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 26 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 27 of 35

| | | | |
|---|---|---|---|
| | | | RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00924-CMR<br>**LEWIS et al v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00925-CMR<br>**SKEANS v. SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00926-CMR<br>**GALFORD et al v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00927-CMR<br>**BARBERA v.**<br>**SMITHKLINE**<br>**BEECHAM**<br>**CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M.<br>RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871,<br>SPECIAL |
| 2:08-cv-00928-CMR<br>**MCCLUNG et al v.**<br>**SMITHKLINE** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-<br>Product Liability<br>*NOS:* 365 |

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 41 of 48
United States District Court Eastern District of Pennsylvania - Civil Cases Report    Page 27 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 28 of 35

| | | | |
|---|---|---|---|
| **BEECHAM CORPORATION et al** | | | *Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00929-CMR<br>**ROSSNAGLE v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00930-CMR<br>**GREENO et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00931-CMR<br>**KRAFT et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00932-CMR<br>**FERNANDEZ et al v. SMITHKLINE BEECHAM CORPORATION et al** | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365<br>*Office:* Philadelphia<br>*Jurisdiction:* Diversity<br>*Presider:* CYNTHIA M. RUFE<br>*Jury demand:* Plaintiff<br>*Case flags:* MDL-1871, SPECIAL |
| | | | |

| 2:08-cv-00933-CMR STOWE v. SMITHKLINE BEECHAM CORPORATION et al | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* Plaintiff *Case flags:* MDL-1871, SPECIAL |
|---|---|---|---|
| 2:08-cv-00934-CMR ROGERS et al v. SMITHKLINE BEECHAM CORPORATION et al | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* Plaintiff *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00935-CMR LANDERS et al v. SMITHKLINE BEECHAM CORPORATION et al | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* Plaintiff *Case flags:* MDL-1871, SPECIAL |
| 2:08-cv-00938-CMR DELLA POLLA et al v. SMITHKLINE BEECHAM CORP. | *Case filed:* 02/22/2008 | 6 | *Cause:* 28:1332 Diversity-Product Liability *NOS:* 365 *Office:* Philadelphia *Jurisdiction:* Diversity *Presider:* CYNTHIA M. RUFE *Jury demand:* Plaintiff *Case flags:* MDL-1871, SPECIAL |

**Total number of cases reported:** 131

## Selection Criteria for Report

| Office | All |
|---|---|
| Case Type | All |
| | |

United States District Court Eastern District of Pennsylvania - Civil Cases Report

Case 3:08-cv-01131-MHP    Document 25-3    Filed 04/11/2008    Page 43 of 48
Page 29 of 29
Case 2:07-md-01871-CMR    Document 45-2    Filed 02/28/2008    Page 30 of 35

| Nature of Suit | All |
|---|---|
| Presiding Judge | RUFE, CYNTHIA M. |
| Referral Judge | All |
| Cause | All |
| Jurisdiction | All |
| Filed Date | 1/20/2007 - 2/28/2008 |
| Entered Date | 1/20/2007 - 2/28/2008 |
| Closed Date | All |
| Case Flags | MDL-1871 |
| Terminal Digits | All |
| Open Cases | Yes |
| Closed Cases | No |
| Sort by | case number |

**SCHEDULE B**

## Search Results

RACHEL ABRAMS
HERSH & HERSH
2080 OPERA PLAZA
601 VAN NESS AVE
SAN FRANCISCO, CA 94102-6388

ROBERT HENRY ALEXANDER
THE LAW OFFICE OF ROBERT H. ALEXANDER JR
POBOX 868
OKLAHOMA CITY, OK 73101

BENJAMIN H. ANDERSON
ANDERSON LAW OFFICE, LLC
1360 W. 9TH STREET
SUITE 200
CLEVELAND, OH 44113

VANCE R. ANDRUS
ANDRUS BOUDREAUX LEMOINE & TONORE
416 W. MAIN ST
POBX 3347
LAFAYETTE, LA 70502 3347

PAUL GERARD AUCOIN
134 GOODWILL PLANTATION ROAD
VACHERIE, LA 70090

BRYAN FREDERICK AYLSTOCK
AYLSTOCK, WITKIN & SASSER, PLC
4400 BAYOU BLVD SUITE 58
PENSACOLA, FL 32503 1909

DANIEL E. BECNEL, JR
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 WEST SEVENTH STREET
POST OFFICE DRAWER H
RESERVE, LA 70084

GEORGE J. BEQUETTE, JR
BEQUETTE AND BILLINGSLEY P.A.
425 WEST CAPITOL AVENUE
SUITE 3200
LITTLE ROCK, AR 72201

JERRY W. BLACKWELL
BLACKWELL IGBANUGO ENGEN & SAFFOLD
701 FORTH AVENUE SOUTH
SUITE 1730
MINNEAPOLIS, MN 55415

BARRY H. BOISE
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
18TH & ARCH STREETS
PHILADELPHIA, PA 19103 2799

TURNER W. BRANCH
BRANCH LAW FIRM
2025 RIO GRANDE BLVD. NW
ALBUQUERQUE, NM 87104

JOHN M. BRODERICK
PUGH, JONES, ET AL
180 NORTH LASALLE STREET
SUITE 3400
CHICAGO, IL 60601

CYNTHIA BROWN
HERSH & HERSH
2080 OPERA PLAZA
601 VAN NESS AVE
SAN FRANCISCO, CA 94102-6388

BRUCE DON BURTOFF
THE MILLER FIRM, LLC
108 RAILROAD AVENUE
ORANGE, VA 22960

MARK E. BURTON, JR
HERSH & HERSH
2080 OPERA PLAZA
601 VAN NESS AVE STE 2080
SAN FRANCISCO, CA 94102-6388

CRAIG W. CARLSON
SMITH & CARLSON
P.O. BOX 10520
KILLEEN, TX 76547

CHARLES H. CARPENTER
PEPPER, HAMILTON LLP
HAMILTON SQUARE
600 FOURTEENTH STREET, N.W.
WASHINGTON, DC 20005-2004

SIOBHAN A. CULLEN
DRINKER BIDDLE & REATH
333 S. GRAND AVE., STE. 1700
LOS ANGELES, CA 90071

SUZANNE M D'AMICO
PEPPER HAMILTON
THE NEW YORK TIMES BUILDING
37TH FLOOR
620 EIGTH AVENUE
NEW YORK, NY 10018

CLARENCE DAVIS
NELSON MULLINS RILEY AND SCARBOROUGH
P.O. BOX 11070
COLUMBIA, SC 29211

ROGER D. DRAKE
BAUM HEDLUND ARISTEI & GOLDMAN
12100 WILSHIRE BLVD., STE. 950
LOS ANGELES, CA 90025

STEPHEN WOODROW DRINNON
THE DRINNON LAW FIRM
1700 PACIFIC AVENUE
SUITE 2230
DALLAS, TX 75201

DAVID L. FISBROUCH
BALKIN AND EISBROUCH LLC
50 MAIN STREET
SUITE SIX
HACKENSACK, NJ 07601

SEAN P. FAHEY
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
18TH & ARCH STREETS
PHILADELPHIA, PA 19103 2799

RONALD J. FAVRE
MICHAELMINGLE & ASSOCIATES, INC.
220 GAUSE BLVD
SUITE 200
P.O. BOX 1129
SLIDELL, LA 70459

SAMUEL L. FELKER
BASS, BERRY AND SIMS
315 DEADERICK ST.
SUITE 2700, FIRST AMERICAN CENTER
NASHVILLE, TN 37238

ANDREW FINKELSTEIN
FINKELSTEIN & PARTNERS LLP
436 ROBINSON AVE
NEWBURGH, NY 12550

EDWARD W. GERECKE
CARLTON, FIELDS, WARD, ETAL
POBOX 3239
TAMPA, FL 33601

THOMAS V GIRARDI
GIRARDI & KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CA 90017-1904

LIONEL Z. GLANCY
GLANCY BINKOW AND GOLDBERG
1801 AVENUE OF THE STARS
SUITE 311
LOS ANGELES, CA 90067

MARC L. GODINO
CLANCY BINKOW AND GOLDBERG
1801 AVENUE OF THE STARS
SUITE 311
LOS ANGELES, CA 90067

BRIAN A. GOLDSTEIN
CELLINO & BARNES, PC
17 COURT STREET, 7TH FLR.
BUFFALO, NY 14202

NINA M. GUSSACK
PEPPER HAMILTON LLP
3000 TWO LOGAN SQ
18TH & ARCH STS
PHILADELPHIA, PA 19103 2799

MATTHEW J. HAMILTON
PEPPER HAMILTON, LLP
18TH & ARCH STS.
3000 TWO LOGAN SQUARE
PHILA, PA 19103-2799

CATHERINE THEODORA HEACOX
THE LANIER LAW FIRM, PLLC
126 EAST 56TH STREET
6TH FLOOR
NEW YORK, NY 10022

EDWARD J. HEFFERNAN
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
18TH AND ARCH STREET
PHILADELPHIA, PA 19103

NANCY HERSH
HERSH & HERSH
2080 OPERA PLAZA
601 VAN NESS AVE
SAN FRANCISCO, CA 94102-6388

WALDON MICHAEL HINGLE
MICHAEL HINGLE & ASSOCIATES, INC.
220 GAUSE BLVD.
SUITE 200
SLIDELL, LA 70459

HENRY LEWIS HIPKENS
BASS, BERRY & SIMMS
AMSOUTH CENTER
315 DEADRICK STREET
SUITE 2700
NASHVILLE, TN 37238

SHEPARD A. HOFFMAN
LAW OFFICES OF SHEPARD A. HOFFMAN
301 N. CHARLES STREET
SUITE 901
BALTIMORE, MD 21201

ROBERT HOLLAND
HOLLAND LAW
308 COGHILL RD NW
KNOXVILLE, TN 37922

SHANNON M. HOLLAND
HOLLAND LAW
308 COGHILL ROAD NW
KNOXVILLE, TN 37922

ROBERT WILLIAM IVY
THE LAW OFFICE OF ROBERT H. ALEXANDER JR
POBOX 868
OKLAHOMA CITY, OK 73101

LYNN SEITHEL JEKEL
NESS MOTLEY PA
PORK 1792
28 BRIDGESIDE BLVD
MT PLEASANT, SC 29465

GREGORY LAWING JONES
GREG JONES, P.A.
3015 MARKET STREET
WILMINGTON, NC 28403

WALTER JONES, JR
PUGH, JONES, ET AL
180 NORTH LASALLE STREET
SUITE 3400
CHICAGO, IL 60601

JAMIE RANAH KENDALL
PRICE WAICUKAUSKI & RILEY
301 MASSACHUSETTS AVENUE
INDIANAPOLIS, IN 46204

KENNETH J. KING
PEPPER HAMILTON LLP
THE NY TIMES BLDG
620 EIGHTH AVE
NEW YORK, NY 10018

AMANDA S. KITTS
NELSON MULLINS RILEY AND SCARBOROUGH
P.O. BOX 11070
COLUMBIA, SC 29211

W. MARK LANIER
THE LANIER LAW FIRM
6810 FM 1960 WEST
HOUSTON, TX 77069

GEORGE ALEXANDER LEHNER
PEPPER, HAMILTON & SCHEETZ
1300 19TH STREET, NW
SUITE 700
WASHINGTON, DC 20036

JENNIFER LEKZE
GIRARDI AND KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CA 90017

STEVEN LIM
FINKELSTEIN & PARTNERS LLP
436 ROBINSON AVE
NEWBURGH, NY 12550

JOHN J. LOVE
ROBERT H. ALEXANDER JR PC
120 N ROBINSON
24TH FLOOR
OKLAHOMA CITY, OK 73102

LEWIS WILKINSON LYONS
GLASSMAN EDWARDS WADE AND WYATT
26 N. SECOND STREET
MEMPHIS, TN 38103

VICTORIA JENNINGS MANIATIS
MORELLI RATNER, P.C.
950 THIRD AVENUE
NEW YORK, NY 10022

BRIAN J. MCCORMICK, JR
SHELLER PC
1528 WALNUT ST., 3RD FL
PHILADELPHIA, PA 19102

RICHARD MEADOW
ROBERT M. BLAKEMAN & ASSOCIATES
109 S. FRANKLIN AVENUE
VALLEY STREAM, NY 11580

THOMAS E. MELLON, JR
MELLON, WEBSTER & MELLON
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901

KAREN BARTH MENZIES
BAUM HEDLUND ARISTEI GOLDMAN & MENZIES.
12100 WILSHIRE BLVD STE 950
LOS ANGELES, CA 90025

HENRY A. MEYER, III
AROWITZ TIMBERLAKE & DAHNKE PC
POBOX 1937
OKLAHOMA CITY, OK 73101

GARY MARTIN MYERS
MEYERS AND GOLDTHWAITE
35 W. MAIN STREET
SUITE 106
DENVILLE, NJ 07834

NANCY A. MISMASH
DERRY & ASSOCIATES
4252 S 700 E
SALT LAKE CITY, UT 84107

ROBERT EDWARD MORELAND
HEILIG, MC KENRY, FRAIM AND LOLLAR
700 NEWTOWN ROAD
SUITE 15
NORFOLK, VA 33502

JOSEPH J. MONFORD
TUCKER ELLIS & WEST LLP
1100 HUNTINGTON BLDG.
925 EUCLID AVENUE
CLEVELAND, OH 44115

BRIAN PHILLIP MURRAY
MURRAY FRANK SAILER LLP
275 MADISON AVE SUITE 801
NEW YORK, NY 10016 6099

MIKE NEILON
WPVI TV (ABC PHILADELPHIA)
4100 CITY LINE AVENUE
PHILADELPHIA, PA 19131

JOHN F. NEVARES
P.O. BOX 13667
SAN JUAN, PR 00908

DEBORA A. O'NEILL
MEYERSON & O'NEILL
1700 MARKET ST.
STE 3325
PHILADELPHIA, PA 19103

NEIL D. OVERHOLTZ
AYLSTOCK, WITKIN & SASSER, PLC
4400 BAYOU BLVD.
SUITE 58
PENSACOLA, FL 32503

NICHOLAS H. PATTON
PATTON, TIDWELL & SANDEFUR
P.O. BOX 5398
CROWN EXECUTIVE CENTER, 6500 SUMMERHILL
TEXARKANA, TX 75505 5398

GALE DIANE PEARSON
GALE D. PEARSON & ASSOCIATES PA
1012 GRAIN EXCHANGE BUILDING
400 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

BRYAN AUGUST PFLEEGER
MICHAEL HINGLE & ASSOCIATES, INC.
220 GAUSE BLVD.
SUITE 200
P.O. BOX 1129
SLIDELL, LA 70459

MICHAEL L. PEIFER
952 ECHO LANE
SUITE 140
HOUSTON, TX 77024

ROBERT CHRISTAN PITTARD
DAVIS LAW FIRM
5710 IH-10 W
SAN ANTONIO, TX 78201

ELEANOR LOUISE POLIMENI
FINKELSTEIN & PARTNERS, LLP
436 ROBINSON AVENUE
NEWBURGH, NY 12550

LYN PEEPLES PRUITT
MITCHELL WILLIAMS SELIG GATES
425 W. CAPITOL AVE
SUITE 1800
LITTLE ROCK, AR 72201-3525

ERIC F. QUANDT
PUGH JONES
180 NORTH LASALLE ST
SUITE 3400
CHICAGO, IL 60601

JOSE L. RAMIREZ-COLL
FIDDLER GONZALEZ & RODRIGUEZ
P.O. BOX 363507
SAN JUAN, PR 00936

DIEGO A. RAMOS
FIDDLER GONZALEZ & RODRIGUEZ
P.O. BOX 363507
SAN JUAN, PR 00936

STEPHEN JEROME RANDALL
RANDALL AND SCHUMACHER, P.A.
1012 GRAIN EXCHANGE BUILDING
400 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

R. JASON RICHARDS
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
803 N. PALAFOX ST.
PENSACOLA, FL 32510

WILLIAM N. RILEY
PRICE WAICUKAUSKI & RILEY
301 MASSACHUSETTS AVENUE
INDIANAPOLIS, IN 46204

GLENWOOD PARIS ROANE, SR
GLENWOOD P. ROANE, SR., & ASSOCIATES
217 EXCHANGE AVENUE
MEMPHIS, TN 38105

MARK P. ROBINSON, JR
ROBINSON, CALCAGNIE & ROBINSON
620 NEWPORT CENTER DRIVE
SEVENTH FLOOR
NEWPORT BEACH, CA 92660

JAY P. SALTZMAN
SCHOENGOLD & SPORN, P.C.
CANNON'S WALK
19 FULTON STREET
SUITE 406
NEW YORK, NY 10038

FRANK ROCCO SCHIRRIPA
SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.
19 FULTON STREET
SUITE 406
NEW YORK, NY 10038

JOHN SHIFFMAN
Philadelphia Inquirer
601 Market Street
Philadelphia, PA 19106

LEIGH ANNE SHULTS
MITCHELL, WILLIAMS, SELIG, GATES & WOODY
425 WEST CAPITOL AVENUE
SUITE 1800
LITTLE ROCK, AR 72201

JAMES D. SILL
SILL & MEDLEY
725 NW ELEVENTH
OKLAHOMA CITY, OK 73103

JAMES PAUL SIZEMORE
GIRARDI AND KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CA 90017

STEPHANIE A. SMITH
FULBRIGHT & JAWORSKI
ONE AMERICAN CTR
600 CONGRESS AVE.
STE 2400
AUSTIN, TX 78701 2011

SMITHKLINE BEECHAM CORPORATION
1 FRANKLIN PLAZA
PHILA, PA 19101

KENNETH S SOH
LANIER LAW FIRM

ANDY SORN
GLANCY BINKOW AND GOLDBERG

SAMUEL F. SPORN
SCHOENGOLD & SPORN, P.C.

6810 FM 1960 WEST
HOUSTON, TX 77069

1801 AVENUE OF THE STARS
SUITE 311
LOS ANGELES, CA 90067

19 FULTON STREET
SUITE 406
NEW YORK, NY 10038


PAUL K. STECKER
PHILLIPS, LYTLE, HITCHCOCK, BLAINE & HUB
3400 MARINE MIDLAND CENTER
BUFFALO, NY 14203

HYUNG P. STEELE
PEPPER HAMILTON LLP
3000 TWO LOGAN SQ.
18TH & ARCH STS
PHILA, PA 19103-2799

STEPHEN A. SWEDLOW
SWEDLOW & ASSOCIATES
205 MICHIGAN AVENUE
SUITE 1940
CHICAGO, IL 60601


ANTHONY VALE
PEPPER HAMILTON LLP
3000 TWO LOGAN SQ.
18TH AND ARCH STS.
PHILADELPHIA, PA 19103

TED B. WACKER
ROBINSON CALCAGNIE & ROBINSON
620 NEWPORT CENTER DR 7TH FL
NEWPORT BEACH, CA 92660

GEORGE T. WADDOUPS
DEBRY & ASSOCIATES
4252 S 700 E
SALT LAKE CITY, UT 84107


B. J. WADE
GLASSMAN, JETER, EDWARDS & WADE
26 N. SECOND STREET
MEMPHIS, TN 38103

CHRISTOPHER W. WASSON
PEPPER HAMILTON LLP
3000 TWO LOGAN SQ
18TH & ARCH STS
PHILADELPHIA, PA 19103-2799

DANIEL W. WHITNEY
WHITNEY & BOGRIS, LLP
401 WASHINGTON AVE.
12TH FL.
TOWSON, MD 21204


JOSEPH N. WILLIAMS
PRICE WAICUKAUSKI & RILEY
301 MASSACHUSETTS AVENUE
INDIANAPOLIS, IN 46204

MICHAEL J. WILLIAMS
CELLINO & BARNES PC
17 COURT ST., 7TH FL
BUFFALO, NY 14202-3290

JUSTIN C. WITKIN
AYLSTOCK WITKIN & SASSER, PLC
P.O. BOX 1147
GULF BREEZE, FL 32561


DONALD F. ZIMMER, JR
DRINKER BIDDLE AND REATH
50 FREMONT STREET
20TH FLOOR
SAN FRANCISCO, CA 94105-2235


Total labels: 109


Not printed due to inadequate address: 12