NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
CYNTHIA BROWN, ESQ., State Bar No. 248846
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6388
Telephone: (415) 441-5544

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHINDER KHANNA,<br><br>Plaintiff,<br><br>vs.<br><br>SMITHKLINE BEECHAM<br>CORPORATION d/b/a<br>GLAXOSMITHKLINE, MCKESSON<br>PHARMACY SYSTEMS, and DOES<br>ONE through FIFTEEN, inclusive,<br><br>Defendants. | CASE NUMBER 3:08-CV-01131 MHP<br><br>[PROPOSED] ORDER GRANTING<br>MOTION TO REMAND THIS CASE<br>TO THE SUPERIOR COURT OF<br>THE STATE OF CALIFORNIA<br><br>Date:  June 9, 2008<br>Time:  2:00 p.m.<br>Ctrm:  Courtroom 15, 18th Floor<br><br>Honorable Marilyn H. Patel |

The matter of the Plaintiff's Motion to Remand came on for hearing before this Court. The Court having considered all of the pleadings, papers and records on file herein, and

GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand is GRANTED pursuant to 28 U.S.C. §1447(c).

IT IS SO ORDERED.

DATED: _____

_____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE