ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants.<br><br>*And related actions as listed in Attachment A.* | Case No. CV-07-05886 MHP<br>CV-07-05887 MHP<br>CV-07-05888 MHP<br>CV-07-05889 MHP<br>CV-07-05890 MHP<br>CV-07-05891 MHP<br>CV-07-06050 MHP<br>CV-07-06328 MHP<br>CV-08-01057 MHP<br>CV-08-01131 MHP<br>CV-08-01297 MHP<br>CV-08-01506 MHP<br>CV-08-01598 MHP<br>CV-08-01620 MHP<br>CV-08-01752 MHP<br>CV-08-01753 MHP<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THIS COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION hereby designate the following attorneys from Drinker Biddle & Reath, LLP as counsel of record in this action:

Case 3:08-cv-01131-MHP    Document 32    Filed 05/14/2008    Page 2 of 4

1
2    ALAN J. LAZARUS (State Bar No. 129767)
3    KRISTA L. COSNER (State Bar No. 213338)
     DRINKER BIDDLE & REATH LLP
4    50 Fremont Street, 20th Floor
     San Francisco, California 94105
5    Telephone: (415) 591-7500
     Facsimile: (415) 591-7510
6    Alan.Lazarus@dbr.com
     Krista.Cosner@dbr.com
7
8    The following attorney is no longer counsel of record in this action:

     DONALD F. ZIMMER, JR. (State Bar No. 112279)
9    Donald.Zimmer@dbr.com

10

11
     Dated: May 14, 2008                          DRINKER BIDDLE & REATH LLP
12

13                                                /s/ Alan J. Lazarus
                                                  ALAN J. LAZARUS
14
                                                  Attorneys for Defendants
15                                                SMITHKLINE BEECHAM
                                                  CORPORATION dba
16                                                GLAXOSMITHKLINE and McKESSON
                                                  CORPORATION
17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\400111\1    NOTICE OF CHANGE IN COUNSEL                            CASE NO. CV-07-05886 MHP

***Attachment A***

The Notice of Change In Counsel filed by Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, relates to the following actions:

1. *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05886 MHP;

2. *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* Case No. CV-07-05887 MHP;

3. *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05888 MHP;

4. *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05889 MHP;

5. *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05890 MHP;

6. *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05891 MHP;

7. *Hefner, Rose, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06050 MHP;

8. *Bowles, Richard, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06328 MHP;

9. *Pruett Sr., John v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01057 MHP;

10. *Khanna, Mohinder v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01131 MHP;

11. *Kellum, Jerry, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01297 MHP;

12. *Farris, Theresa, et al. v. SmithKline Beecham Corporation dba*

1  *GlaxoSmithKline, et al.,* Case No. CV-08-01506 MHP;

2      13.   *Arriola, Martha v. SmithKline Beecham Corporation dba GlaxoSmithKline,*

3  *et al.,* Case No. CV- 08-01598-MHP;

4      14.   *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation dba*

5  *GlaxoSmithKline, et al.,* Case No. CV-08-01620 MHP;

6      15.   *Fowler, Charles v. SmithKline Beecham Corporation dba GlaxoSmithKline*

7  *et al.,* Case No. CV-08-01752 MHP;

8      16.   *Meneese, Leola v. SmithKline Beecham Corporation dba GlaxoSmithKline*

9  *et al.,* Case No. CV-08-01753 MHP.