1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8    MOHINDER KHANNA,                          No. C 08-01131 MHP

9              Plaintiff(s),                   **CLERK'S NOTICE**
                                               **(Matter to be submitted on papers)**
10      v.

11   SMITHKLINE BEECHAM,

12              Defendant(s).
     _____/

13

14        Parties, having moved this Court for a hearing on June 9, 2008, the parties are hereby

15   notified that the  matters will be submitted on the papers without oral argument.  Therefore, the

16   HEARING DATE IS VACATED.

17

18                                             Richard W. Wieking
                                               Clerk, U.S. District Court
19

20

21   Dated:  June 6, 2008                      Anthony Bowser, Deputy Clerk to the
                                               Honorable Marilyn Hall Patel
22                                                    (415) 522-3140

23

24

25

26

27

28

**United States District Court**
For the Northern District of California